[No. 46752-2-I. Division One. August 20, 2001.]

FRANK KEHOE, ET AL., *Appellants*, v. TRI-STAR MARINE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-08508-6, R. Joseph Wesley, J., entered May 12, 2000. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.

[No. 46823-5-I. Division One. August 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.C., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-00888-2, Ray C. McFarland, J. Pro Tem., entered April 20, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 46897-9-I. Division One. August 20, 2001.]

TERRY DAWLEY, ET AL., *Appellants*, v. NORTHWEST FARMERS INSURANCE GROUP FEDERAL CREDIT UNION OF OREGON AND WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-27482-4, Jeanette R. Burrage, J., entered June 2, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Becker, J.

[No. 46921-5-I. Division One. August 20, 2001.]

BASIL DENAXAS, ET AL., *Respondents*, v. SANDSTONE COURT OF BELLEVUE, L.L.C., *Appellant*.

SANDSTONE OF BELLEVUE, L.L.C., *Appellant*, v. KIDDER, MATHEWS & SEGNER, INC., ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 99-2-25435-0, Robert H. Alsdorf, J., entered June 7, 2000. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Becker, J.